# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE KELLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-cv-01117-JPG ) |
| FRANKLIN COUNTY, ANDREW PRUSACZYK, and DAVID HOUSE, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims in this case against defendants Franklin County, Andrew Prusaczyk, and David House are dismissed with prejudice and with each party to bear his own costs.

**DATED**: January 27, 2020

                                      MARGARET M. ROBERTIE, CLERK

                                      By: s/ Tina Gray
                                             Deputy Clerk

APPROVED: s/J. Phil Gilbert
                 J. PHIL GILBERT
                 United States District Judge